IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-02286-WJM-CBS                  Date: January 4, 2016
Courtroom Deputy: Amanda Montoya              FTR – Reporter Deck-Courtroom A402

*Parties:*                                                              *Counsel:*

LESLIE WILLIAM WELCH, *et al.,*                Nancy Johnson

Plaintiff,

v.

JANE SAUNDERS, *et al.,*                               Rachel Bender
                                                                            Writer Mott
                                                                            Kathleen Peterson *Pro se*

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 01:30 p.m.**
Court calls case.  Appearances of counsel.  Kathleen Mueller appears *pro se.*  Ms. Mueller advises the court that her name has been changed to Kathleen Peterson.

Discussion regarding protection orders issued in 2013, the allegations in the complaint, qualified immunity, how to move forward with the case, and pending motions.  In response to the motions to dismiss, the Plaintiff included facts that are not in the complaint.  The court makes suggestions as to how to proceed.  Ms. Johnson would like to consult with her client regarding the court's suggestions.

Ms. Peterson addresses the court in regards to filing an amended motion to dismiss.

**ORDERED:**   *[9] Sheriff Defendants' Motion to Stay All Proceedings and Discovery Pending Determination of Entitlement to Absolute Quasi-Judicial Immunity, qualified Immunity, and Governmental Immunity* is **GRANTED in part and DENIED in part.**  Discovery and all proceeding in this case are STAYED pending **February 8, 2016.**

   To the extent the Plaintiff intends on filing an amended complaint, it shall be filed no later than **January 29, 2016.**

Ms. Johnson makes oral motion to withdraw *[11] Objection to Notice of Substitution of Parties [docket 006]*.

**ORDERED:** Ms. Johnson's oral motion is **GRANTED.** *[11] Objection to Notice of Substitution of Parties [docket 006] is* **WITHDRAWN.**

A further Status/Scheduling Conference is set for **February 8, 2016 at 10:45 a.m.** to discuss the amended complaint and how the defendants intend to respond.

Hearing concluded.

**Court in recess: 02:36 p.m.**
Total time in court:     01:06

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.