IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02286-WJM-CBS | Date: February 8, 2016 |
| Courtroom Deputy: Brandy Simmons | FTR – Reporter Deck-Courtroom A402 |

*Parties:*   *Counsel:*

LESLIE WILLIAM WELCH, *et al.,*   Nancy C. Johnson

Plaintiff,

v.

JANE SAUNDERS *et al.,*   Rachel J. M. Bender
  Writer Mott
  Kathleen Peterson, *pro se*

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: STATUS AND RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:52 a.m.**
Court calls case. Appearances of counsel and *pro se* party.

Discussion held regarding status of the case in light of Plaintiff's Motion to Amend Complaint [27] filed January 29, 2016.

**ORDERED: The Plaintiff's Motion to Amend Complaint [27] is GRANTED. The clerk of the court is directed to accept the First Amended Complaint [27-1] for filing.**

A **STATUS CONFERENCE** is set for March 29, 2016, at 9:00 a.m. in Courtroom A-402 before Magistrate Judge Craig B. Shaffer.

Discovery remains stayed.

Hearing concluded.

**Court in recess: 11:21 a.m.**
Total time in court:    00:29

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.