IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-02286-WJM-CBS  Date: March 29, 2016
Courtroom Deputy: Amanda Montoya  FTR – Reporter Deck-Courtroom A402

*Parties:*  *Counsel:*

LESLIE WILLIAM WELCH, *et al.,*  Nancy Johnson

Plaintiff,

v.

JANE SAUNDERS, *et al.,*  Rebecca Klymkowsky
 Rachel Bender
 James Phillips

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:02 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** *[5] Sheriff Defendants' Motion to Dismiss* and *[20] Motion to Dismiss* are **DENIED AS MOOT** in light of the newly filed motions to dismiss the amended complaint.

At the request of counsel, the stay of discovery will remain in place.

Counsel is directed to contact Magistrate Judge Shaffer's chambers (303.844.2117) within 72 hours of a ruling on the motions to dismiss if any claims remain, to set additional deadlines.

Hearing Concluded.

**Court in recess: 09:06 a.m.**
Time in court: 00:04

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.